| AO 120 (Rev. 3/04) | | |
|---|---|---|
| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following   X Patents or ___ Trademarks:

| DOCKET NO.<br>08cv133 | DATE FILED<br>03/05/2008 | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>  WebXchange Inc. | | DEFENDANT<br>  FedEx Corporation et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,778,178 | 06/07/1998 | Lakshmi Arunachalam |
| 2 | US 6,212,556 B1 | 04/03/2001 | WebXchange Inc. |
| 3 | US 7,340,506 B2 | 03/04/2008 | Lakshmi Arunachalam |
| 4 | | | |
| 5 | | | |

| DATE INCLUDED | INCLUDED BY<br>___ Amendment  ___ Answer  ___ Cross Bill  ___ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE<br>03/05/2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**
/