IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 08-133-JJF |
| | ) |
| FEDEX CORPORATION, ET AL., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time by which Defendants FedEx Corporation, FedEx Kinko's Office & Print Services Inc. and FedEx Corporate Services Inc. shall move, answer or otherwise respond to the Complaint is extended through and including April 25, 2008.

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899
302-658-9200
*Attorneys for Plaintiff*

Dated: March 25, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants*

**SO ORDERED** this _____ day of _____, 2008.

_____
Honorable Joseph J. Farnan, Jr.