IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 08-133-JJF |
| | ) |
| FEDEX CORPORATION, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Frederick L. Cottrell, III and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendants, FedEx Corporation, FedEx Kinko's Office & Print Services, Inc. and FedEx Corporate Services Inc.

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants*

Dated: April 16, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on April 16, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com