IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 08-133-JJF |
| | ) |
| FEDEX CORPORATION, ET AL., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Kara F. Stoll, Jason W. Melvin, Joyce Craig and Jeffrey A. Berkowitz to represent Defendants, FedEx Corporation, FedEx Kinko's Office & Print Services, Inc., and FedEx Corporation Services Inc., in this matter.

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants*

OF COUNSEL:

Kara F. Stoll
Jason W. Melvin
Joyce Craig
Finnegan Henderson Farabow
  Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Jeffrey A. Berkowitz
Finnegan Henderson Farabow
  Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Dated: April 17, 2008

SO ORDERED this _____ day of _____, 2008.

                                                             _____
                                                             Honorable Joseph J. Farnan, Jr.
                                                             United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

/s/ Kara F. Stoll
Kara F. Stoll

Kara F. Stoll
Finnegan Henderson Farabow
  Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Dated: 4/16/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Jason W. Melvin

Jason W. Melvin
Finnegan Henderson Farabow
  Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC  20001-4413

Dated: 4/16/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

                                                      _/s/ Joyce Craig_
                                                     Joyce Craig

Joyce Craig
Finnegan Henderson Farabow
  Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC  20001-4413

Dated: April 16, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Jeffrey A. Berkowitz

Jeffrey A. Berkowitz
Finnegan Henderson Farabow
　Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675


Dated: 04-16-08

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on April 17, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

/s/ L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com