IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., ) | |
| ) | C.A. No. 08-133-JJF |
| Plaintiff, ) | |
| ) | DEMAND FOR JURY TRIAL |
| v. ) | |
| ) | |
| FEDEX CORPORATION, FEDEX KINKO'S ) | |
| OFFICE & PRINT SERVICES, INC., and ) | |
| FEDEX CORPORATE SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT FEDEX KINKO'S OFFICE & PRINT SERVICES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant FedEx Kinko's Office & Print Services, Inc. ("FedEx Kinko's") discloses that it operates as a wholly owned subsidiary of FedEx Corporation, which is a publicly held corporation incorporated under the laws of Delaware. FedEx Kinko's further states that no other publicly held corporation owns more than 10% of the stock of FedEx Kinko's.

OF COUNSEL:

Kara F. Stoll
Jason W. Melvin
Joyce Craig
Finnegan Henderson Farabow
   Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC  20001-4413

Jeffrey A. Berkowitz
Finnegan Henderson Farabow
   Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

Dated: April 25, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants*

RLF1-3276598-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on April 25, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Lawrence B. Goodwin
Peter J. Toren
Charlotte A. Pontillo
Stefan R. Stoyanov
Eric J. Stieglitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY   10019

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com