IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WEBXCHANGE INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 08-133-JJF |
| v. | ) ) ) | DEMAND FOR JURY TRIAL |
| FEDEX CORPORATION, FEDEX KINKO'S OFFICE & PRINT SERVICES, INC., and FEDEX CORPORATE SERVICES, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT FEDEX CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant FedEx Corporation states that it is a publicly held corporation organized and existing under the laws of the State of Delaware. Defendant FedEx Corporation further states that it has no parent corporation and that no publicly held corporation owns more than 10% of the stock of FedEx Corporation.

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants*

OF COUNSEL:

Kara F. Stoll
Jason W. Melvin
Joyce Craig
Finnegan Henderson Farabow
   Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Jeffrey A. Berkowitz
Finnegan Henderson Farabow
   Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Dated: April 25, 2008

RLF1-3276598-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on April 25, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Lawrence B. Goodwin
Peter J. Toren
Charlotte A. Pontillo
Stefan R. Stoyanov
Eric J. Stieglitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

*[signature]*
Anne Shea Gaza (#4093)
gaza@rlf.com