IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-133 (JJF) |
| ) | |
| FEDEX CORPORATION, FEDEX KINKO'S ) | |
| OFFICE & PRINT SERVICES, INC., and ) | |
| FEDEX CORPORATE SERVICES INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Plaintiff WebXchange, Inc.'s First Set of Requests for Production of Documents and Things to Defendant FedEx*; and 2) *Plaintiff WebXchange, Inc.'s First Set of Interrogatories to Defendant FedEx* were caused to be served on April 25, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| | |
| Kara Stoll, Esquire<br>Joyce Craig, Esquire<br>Jason Melvin, Esquire<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>& DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | *VIA ELECTRONIC MAIL* |

2

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Julia Heaney*

      ―――――――――――――――――――
      Jack B. Blumenfeld (#1014)
      Julia Heaney (#3052)
      1201 North Market Street
      P.O. Box 1347
      Wilmington, DE  19899
      (302) 654-9200
      jblumenfeld@mnat.com
      jheaney@mnat.com

      *Attorneys for Plaintiff WebXchange Inc.*

OF COUNSEL:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

April 25, 2008
2307251

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Anne Shea Gaza, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on April 25, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Kara Stoll, Esquire<br>Joyce Craig, Esquire<br>Jason Melvin, Esquire<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>& DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | *VIA ELECTRONIC MAIL* |

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)