IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-133 (JJF) |
| ) | |
| FEDEX CORPORATION, FEDEX KINKO'S ) | |
| OFFICE & PRINT SERVICES, INC., and ) | DEMAND FOR JURY TRIAL |
| FEDEX CORPORATE SERVICES INC., ) | |
| Defendants. ) | |

**PLAINTIFF WEBXCHANGE INC.'S ANSWER
TO DEFENDANT FEDEX'S COUNTERCLAIMS**

Plaintiff WebXchange Inc. ("WebXchange" or "Plaintiff") hereby submits its answer to the Counterclaims filed by Defendants FedEx Corporation, FedEx Kinko's, Office and Print Services, Inc., and FedEx Corporate Services, Inc. (collectively "FedEx" or "Defendant") on April 25, 2008:

**AFFIRMATIVE DEFENSES**

1. Plaintiff denies the allegations contained in paragraph 1, and further denies that Defendant's first affirmative defense bars the claims made by Plaintiff in its complaint.

2. Plaintiff denies the allegations contained in paragraph 2, and further denies that Defendant's second affirmative defense bars the claims made by Plaintiff in its complaint.

3. Plaintiff denies the allegations contained in paragraph 3, and further denies that Defendant's third affirmative defense bars the claims made by Plaintiff in its complaint.

4. Plaintiff denies the allegations contained in paragraph 4, and further denies that Defendant's fourth affirmative defense bars the claims made by Plaintiff in its complaint.

## COUNTERCLAIMS

5. On information and belief, Plaintiff admits the allegations contained in paragraph 1.

6. On information and belief, Plaintiff admits the allegations contained in paragraph 2.

7. On information and belief, Plaintiff admits the allegations contained in paragraph 3.

8. Plaintiff admits the allegations contained in paragraph 4.

9. Plaintiff admits the allegations contained in paragraph 5.

10. Plaintiff admits that the Court has personal jurisdiction over Plaintiff for purposes of the Counterclaims by virtue of Plaintiff's suit against Defendant. Plaintiff denies that it has submitted itself to the jurisdiction of the Court for any other purpose.

11. Plaintiff admits the allegations contained in paragraph 7.

## FIRST COUNTERCLAIM

12. In response to paragraph 8, Plaintiff incorporates by reference its responses in paragraphs 1-11, above.

13. Plaintiff admits that it alleges that Defendant infringes U.S. Patent Nos. 5,778,178 ("the '178 patent"), 6,212,556 ("the '556 patent"), and 7,340,506 ("the '506 patent"), but denies the remaining allegations of paragraph 9.

14. Plaintiff admits that a case or controversy exists between Plaintiff and Defendant regarding the '178, '556, and '506 patents, but denies the remaining allegations of paragraph 10.

15. Plaintiff denies the allegations contained in paragraph 11.

16. Plaintiff denies that Defendant is entitled to the relief requested in paragraph 12.

## SECOND COUNTERCLAIM

17. In response to paragraph 13, Plaintiff incorporates by reference its responses in paragraphs 1-16, above.

18. Plaintiff denies the allegations contained in paragraph 14.

19. Plaintiff denies that Defendant is entitled to the relief requested in paragraph 15.

## EXCEPTIONAL CASE

20. Plaintiff denies that Defendant is entitled to the relief requested in paragraph 16.

## PRAYER FOR RELIEF

To the extent that a response is necessary to Defendant's Prayer, Plaintiff prays that the court deny the relief requested by Defendant, dismiss Defendant's Counterclaims with prejudice, and enter judgment in favor of Plaintiff.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

---
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 654-9200
jheaney@mnat.com
   *Attorneys for Plaintiff WebXchange Inc.*

Of Counsel:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

May 19, 2008
2335747

**CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that copies of the foregoing were caused to be served on May 19, 2008 upon the following in the manner indicated:

**VIA ELECTRONIC MAIL**
**and HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

**VIA ELECTRONIC MAIL**

Kara F. Stoll, Esquire
Jason W. Melvin, Esquire
Joyce Craig, Esquire
FINNEGAN HENDERSON FARABOW GARRETT
  & DUNNER LLP
901 New York Avenue, NW
Washington, DC  20001-4413

Jeffrey A. Berkowitz, Esquire
FINNEGAN HENDERSON FARABOW GARRETT
  & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

*/s/ Julia Heaney*

Julia Heaney (#3052)