IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 08-133-JJF |
| | ) |
| FEDEX CORPORATION, ET AL., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 30th day of May, 2008, Defendants' Objections and Responses To Plaintiff WebXchange Inc.'s First Set of Interrogatories to Defendant FedEx and Defendants' Objections and Responses to Plaintiff WebXchange Inc.'s First Set of Requests for Production of Documents and Things to Defendant FedEx (Nos. 1-54) were served upon the following counsel of record at the address and in the manner indicated:

**VIA HAND DELIVERY & E-MAIL**
Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA E-MAIL**
Lawrence B. Goodwin
Peter J. Toren
Charlotte A. Pontillo
Stefan R. Stoyanov
Eric J. Stieglitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

|  |  |
|---|---|
| OF COUNSEL: | */s/ Anne Shea Gaza*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com |
| Kara F. Stoll | Anne Shea Gaza (#4093) |
| Jason W. Melvin | gaza@rlf.com |
| Joyce Craig | Richards, Layton & Finger, P.A. |
| Finnegan Henderson Farabow | One Rodney Square |
|    Garrett & Dunner LLP | 920 North King Street |
| 901 New York Avenue, NW | Wilmington, DE 19801 |
| Washington, DC  20001-4413 | 302-651-7700 |
|  | *Attorneys for Defendants* |

Jeffrey A. Berkowitz
Finnegan Henderson Farabow
   Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

Dated: May 30, 2008

RLF1-3288312-1                                                     2

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on May 30, 2008, the foregoing document was sent via Electronic Mail to the following non-registered participants:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

Anne Shea Gaza (#4093)
gaza@rlf.com