IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-133 (JJF) |
| | ) |
| FEDEX CORPORATION, FEDEX KINKO'S | ) |
| OFFICE & PRINT SERVICES, INC., and | ) |
| FEDEX CORPORATE SERVICES INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Initial Disclosures of Plaintiff Webxchange Inc. Pursuant to Federal Rule of Civil Procedure 26(a)* were caused to be served on May 30, 2008 upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                              *BY ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Kara F. Stoll, Esquire                                          *BY ELECTRONIC MAIL*
Jason W. Melvin, Esquire
Joyce Craig, Esquire
FINNEGAN HENDERSON FARABOW GARRETT
  & DUNNER LLP
901 New York Avenue, NW
Washington, DC  20001-4413

Jeffrey A. Berkowitz, Esquire                                    *BY ELECTRONIC MAIL*
FINNEGAN HENDERSON FARABOW GARRETT
  & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Julia Heaney* |
|  | _____ |
|  | Jack B. Blumenfeld (#1014) |
|  | Julia Heaney (#3052) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE 19899 |
|  | (302) 654-9200 |
|  | jheaney@mnat.com |
|  | *Attorneys for Plaintiff WebXchange Inc.* |

Of Counsel:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

May 30, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Anne Shea Gaza, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on May 30, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | Kara F. Stoll, Esquire<br>Jason W. Melvin, Esquire<br>Joyce Craig, Esquire<br>FINNEGAN HENDERSON FARABOW GARRETT<br>  & DUNNER LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br><br>Jeffrey A. Berkowitz, Esquire<br>FINNEGAN HENDERSON FARABOW GARRETT<br>  & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA  20190-5675 |

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)