IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) C.A. No. 08-133 (JJF)<br>FEDEX CORPORATION, FEDEX KINKO'S )<br>OFFICE & PRINT SERVICES, INC., and )<br>FEDEX CORPORATE SERVICES INC., )<br>)<br>Defendants. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff WebXchange Inc.'s Responses and Objections to Defendant FedEx's First Set of Requests for Production of Documents and Things to Plaintiff WebXchange* were caused to be served on June 5, 2008 upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                          *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Kara Stoll, Esquire                                                  *VIA ELECTRONIC MAIL*
Joyce Craig, Esquire
Jason Melvin, Esquire
Mark Rosenberger
Christopher Dubose
Lauren Young
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Julia Heaney*
          _____
          Jack B. Blumenfeld (#1014)
          Julia Heaney (#3052)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 654-9200
          jblumenfeld@mnat.com
          jheaney@mnat.com

          *Attorneys for Plaintiff WebXchange Inc.*

OF COUNSEL:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

June 5, 2008
2307251

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Anne Shea Gaza, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on June 5, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Kara Stoll, Esquire<br>Joyce Craig, Esquire<br>Jason Melvin, Esquire<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>& DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413 | *VIA ELECTRONIC MAIL* |

/s/ Julia Heaney
Julia Heaney (#3052)