IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 08-133-JJF |
| | ) |
| FEDEX CORPORATION, ET AL., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 10th day of June, 2008, Defendants FedEx Corporation, FedEx Kinko's Office & Print Services, Inc. and FedEx Corporate Services, Inc.'s First Set of Interrogatories were served upon the following counsel of record at the address and in the manner indicated:

**VIA HAND DELIVERY & E-MAIL**
Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA E-MAIL**
Lawrence B. Goodwin
Peter J. Toren
Charlotte A. Pontillo
Stefan R. Stoyanov
Eric J. Stieglitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

| | |
|---|---|
| OF COUNSEL: | */s/ Anne Shea Gaza*<br>Frederick L. Cottrell, III (#2555) |
| Kara F. Stoll<br>Jason W. Melvin<br>Joyce Craig<br>Finnegan Henderson Farabow<br>  Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413 | cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>*Attorneys for Defendants* |
| Jeffrey A. Berkowitz<br>Finnegan Henderson Farabow<br>  Garrett & Dunner LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA  20190-5675 | |

Dated:  June 10, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on June 10, 2008, the foregoing document was sent via Electronic Mail to the following non-registered participants:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com