IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WebXchange Inc.,, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 08-131-JJF |
| Allstate Insurance Company, Allstate Life Insurance Company, and Allstate Financial Services LLC., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| WebXchange Inc., | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 08-132-JJF |
| Dell Inc., | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| WebXchange Inc., | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 08-133-JJF |
| Fedex Corporation, Fedex Kinko's Office & Print Services, Inc., and Fedex Corporate Servicse Inc., | : | |
| Defendants. | : | |

## ORDER

A mediation conference having been held at Wilmington, Delaware on the 20th day of **June, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **September 17th, 2008 at 12:00 p.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE