IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-133 (JJF) |
| ) | |
| FEDEX CORPORATION, FEDEX KINKO'S ) | |
| OFFICE & PRINT SERVICES, INC., and ) | |
| FEDEX CORPORATE SERVICES INC., ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff WebXchange Inc.'s Responses and Objections to Defendant FedEx's First Set of Interrogatories* were caused to be served on July 14, 2008 upon the following in the manner indicated:

Frederick L. Cottrell, III                                         *VIA EMAIL AND FEDERAL EXPRESS*
Anne Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Kara F. Stoll                                                           *VIA EMAIL AND FEDERAL EXPRESS*
Jason W. Melvin
Joyce Craig
FINNEGAN HENDERSON FARABOW GARRETT
  & DUNNER LLP
901 New York Avenue, NW
Washington, DC  20001-4413

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Julia Heaney (#3052)*

                                      Jack B. Blumenfeld (#1014)
                                      Julia Heaney (#3052)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 654-9200
                                      jheaney@mnat.com
                                        *Attorneys for Plaintiff WebXchange Inc.*

OF COUNSEL:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

July 14, 2008

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Anne Shea Gaza, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on July 14, 2008 upon the following in the manner indicated:

Frederick L. Cottrell, III                                                                          *VIA ELECTRONIC MAIL*
Anne Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Kara F. Stoll
Jason W. Melvin
Joyce Craig
FINNEGAN HENDERSON FARABOW GARRETT
  & DUNNER LLP
901 New York Avenue, NW
Washington, DC  20001-4413

Jeffrey A. Berkowitz
FINNEGAN HENDERSON FARABOW GARRETT
  & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)