IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 08-133-JJF |
| ) | |
| FEDEX CORPORATION, et al., ) | Jury Trial Demanded |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 28th day of July, 2008, Defendants FedEx Corporation, FedEx Kinko's Office & Print Services, Inc. and FedEx Corporate Services, Inc.'s Objections and Responses to Plaintiff WebXchange Inc.'s Second Set of Requests for Production of Documents and Things to Defendant FedEx (Nos. 55-75) were served upon the following counsel of record at the address and in the manner indicated:

**VIA E-MAIL**
Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA E-MAIL**
Lawrence B. Goodwin
Peter J. Toren
Charlotte A. Pontillo
Stefan R. Stoyanov
Eric J. Stieglitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

OF COUNSEL:

Kara F. Stoll
Joyce Craig
Jason W. Melvin
Finnegan Henderson Farabow
   Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC  20001-4413

Jeffrey A. Berkowitz
Finnegan Henderson Farabow
   Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

Dated:  July 28, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on July 28, 2008, the foregoing document was sent via electronic mail to the following non-registered participants:

Lawrence B. Goodwin
Peter J. Toren
Charlotte A. Pontillo
Stefan R. Stoyanov
Eric J. Stieglitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3276616-1