IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 08-133-JJF |
| | ) |
| FEDEX CORPORATION, et al., | ) Jury Trial Demanded |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 5th day of September, 2008, DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF WEBXCHANGE INC.'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT FEDEX (NOS. 76-82) were served upon the following counsel of record at the address and in the manner indicated:

**VIA E-MAIL**
Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA E-MAIL**
Lawrence B. Goodwin
Peter J. Toren
Charlotte A. Pontillo
Stefan R. Stoyanov
Eric J. Stieglitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

| | |
|---|---|
| OF COUNSEL: | /s/ *Frederick L. Cottrell, III* |
| | Frederick L. Cottrell, III (#2555) |
| Kara F. Stoll | cottrell@rlf.com |
| Joyce Craig | Anne Shea Gaza (#4093) |
| Jason W. Melvin | gaza@rlf.com |
| Finnegan Henderson Farabow | Richards, Layton & Finger, P.A. |
|    Garrett & Dunner LLP | One Rodney Square |
| 901 New York Avenue, NW | 920 North King Street |
| Washington, DC 20001-4413 | Wilmington, DE 19801 |
| | 302-651-7700 |
| Jeffrey A. Berkowitz | *Attorneys for Defendants* |
| Finnegan Henderson Farabow | |
|    Garrett & Dunner LLP | |
| Two Freedom Square | |
| 11955 Freedom Drive | |
| Reston, VA 20190-5675 | |

Dated: September 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I caused to be served by electronic mail delivery of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

I hereby certify that on September 5, 2008, the foregoing document was sent via Electronic Mail to the following non-registered participants:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY   10019

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com