## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WebXchange Inc., | : |
| Plaintiff, | : |
| v. | : Civ. No. 08-133-JJF |
| FedEx Corporation, et al., | : |
| Defendants, | : |

### ORDER

At Wilmington this **9th** day of **March, 2010**:

IT IS ORDERED that the mediation telephone conference scheduled for Wednesday, March 10th, 2010 at 10:00 a.m. before Judge Leonard P. Stark is hereby **CANCELED** and rescheduled for **Wednesday, April 14th, 2010 at 3:00 p.m.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE