# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

WebXchange Inc., :
:
        Plaintiff, :
:
v. : Civ. No. 08-133-JJF
:
FedEx Corporation, et al., :
:
        Defendants, :

## ORDER

A teleconference having been held at Wilmington on the **14th** day of **April, 2010** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **May 26th, 2010 at 11:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE