IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WebXchange Inc., | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 08-133-JJF |
| FedEx Corporation, et al., | : | |
| Defendants, | : | |

## ORDER

At Wilmington this **24th** day of **May, 2010**:

IT IS ORDERED that the mediation telephone conference scheduled for **May 26th, 2010** at **11:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE