# FILED SEPARATELY UNDER SEAL