IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-133-SLR ) |
| FEDEX CORP., et al., | ) ) |
| Defendants. | ) ) |

**O R D E R**

At Wilmington this 20th day of December, 2010, having reviewed (at plaintiff's request) the deposition transcript of 30(b)(6) witness Joel Neely (*see* D.I. 266, 269);

IT IS ORDERED that, on or before **January 7, 2011,** the parties shall provide the 30(b)(6) notice of deposition and identify the specific topics for which Mr. Neely was designated, so that the court can determine whether Mr. Neely was inadequately prepared, whether the questions posed were inconsistent with the topics designated, or whether counsel simply did not understand the answers given.

                                              _/s/ Sue L. Robinson_
                                              United States District Judge