IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL INC., et al., )<br>)<br>Defendants. ) | Civ. No. 08-132-SLR |
| WEBXCHANGE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDEX CORPORATION, et al., )<br>)<br>Defendants. ) | Civ. No. 08-133-SLR |

**ORDER**

At Wilmington this 9th day of September, 2011, having reviewed the motion to withdraw as counsel for plaintiff (D.I. 254 in 08-132-SLR, D.I. 324 in 08-133-SLR) and defendants having stated that they do not object;

IT IS ORDERED that said motion is granted.

IT IS FURTHER ORDERED that, on or before **November 9, 2011**, plaintiff shall show cause why the above-captioned actions should not be dismissed with prejudice for failure to prosecute, pursuant to D. Del. L.R. 41.1. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge