# PAZUNIAK LAW OFFICE LLC

1201 North Orange Street ◊ 7th floor, Suite 7114 ◊ Wilmington, DE 19801-1186

George Pazuniak
Direct Dial: 1-302-478-4230
Email: GP@DEL-IPLAW.COM

January 17, 2012

VIA CM/ECF FILING & HAND DELIVERY

The Honorable Richard G. Andrews
United States District Court for
the District of Delaware
844 King Street
Wilmington, Delaware 19801

    RE:    *WebXchange. Inc. v. Dell, Inc*., C.A. No. 08-132-RGA
              *WebXchange, Inc. v. FedEx Corp., et al*., C.A. No. 08-133-RGA

Dear Judge Andrews,

This letter is to advise the Court pursuant to the Court's Order of December 15, 2011 (D.I 263 in Case 08-132, and D.I. 332 in Case 08-133), that no counsel will be entering an appearance for Plaintiff, and Plaintiff will not be transferring any funds into escrow.

Plaintiff understands that the Court will now dismiss the two above-captioned cases with prejudice.

Should Your Honor have any questions or concerns regarding the foregoing, counsel is available at the Court's convenience.

                        Respectfully Submitted,

                        George Pazuniak (De. Bar No. 478)

cc:    Anne Shea Gaza (By Electronic Mail)
        Richard L. Horwitz (By Electronic Mail)