IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WEBXCHANGE INC.,

    Plaintiff,

v.  :  Civil Action No. 08-133-RGA

FEDEX CORPORATION, et al.,

    Defendants.

## ORDER

For the reasons stated in the Memorandum Opinion dated December 15, 2011 (D.I. 331), and the Plaintiff having failed to meet the conditions of the Court's Order (D.I. 332), the Complaint (D.I. 1) is dismissed with prejudice.

The first two Counterclaims of the Second Amended Answer (D.I. 217) are dismissed without prejudice. The Court will schedule a conference with regard to the status of the Counterclaim and the "Exceptional Case" request (D.I. 217, paragraph 74 and 75).

1-18-12
Date

Richard G. Andrews
United States District Judge